**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____ Robbie A. Austin _____ Case No. __14-13468__ Chapter __13__

All Cases: Moving Creditor _____ Urban Partnership Bank _____ Date Case Filed __04-11-2014__

Nature of Relief Sought: ☑ Lift Stay      ☐ Annul Stay      ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____07-07-2014_____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
            ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1.    Collateral
      a.    ☐ Home
      b.    ☐ Car  Year, Make, and Model _____
      c.    ☑ Other (describe) _____ 7846 S. Euclid, Chicago, Illinois 60649

2.    Balance Owed as of Petition Date  $ _____ 332,913.25
      Total of all other Liens against Collateral $ _____ unknown

3.    In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the
      amounts and dates of all payments received from the debtor(s) post-petition.

4.    Estimated Value of Collateral (must be supplied in *all* cases)  $ _____ 91,000.00

5.    Default
      a.    ☑ Pre-Petition Default
            Number of months __42__      Amount $ _____ 68,959.80

      b.    ☐ Post-Petition Default
            i.    ☐ On direct payments to the moving creditor
                  Number of months _____      Amount $ _____

            ii.   ☐ On payments to the Standing Chapter 13 Trustee
                  Number of months _____      Amount $ _____

6.    Other Allegations
      a.    ☑ Lack of Adequate Protection  § 362(d)(1)
            i.    ☐ No insurance
            ii.   ☐ Taxes unpaid      Amount $ _____
            iii.  ☑ Rapidly depreciating asset
            iv.   ☐ Other (describe) _____

      b.    ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

      c.    ☐ Other "Cause" § 362(d)(1)
            i.    ☐ Bad Faith (describe) _____
            ii.   ☐ Multiple Filings
            iii.  ☐ Other (describe) _____

      d.    Debtor's Statement of Intention regarding the Collateral
            i. ☐ Reaffirm   ii ☑ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____ May 19, 2014 _____          _____ /s/ Jillian S. Cole _____
                                                        Counsel for Movant

(Rev. 12 /21/09)